IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDALL K. SALINAS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF ALTON, a municipal corporation, CITY OF ALTON POLICE DEPARTMENT, PETER VAMBAKETES, SAMUEL RINEY, STEPHEN JANUARY and ZACHARY DELLAMANO <br><br> Defendants. | ) ) ) ) ) ) No. 3:15-cv-1204 ) ) ) ) ) ) ) ) ) ) |

**MOTION FOR LEAVE TO VOLUNTARILY DISMISS CITY OF ALTON, CITY OF ALTON POLICE DEPARTMENT, PETER VAMBAKETES, SAMUEL RINEY, STEPHEN JANUARY AND ZACHARY DELLAMANO IN ACCORDANCE WITH FRCP 41**

Plaintiff, Randall K. Salinas, motions this court to grant him leave to voluntarily dismiss as defendants, City of Alton, City of Alton Police Department, Peter Vambaketes, Samuel Riney, Stephen January and Zachary Dellamano in accordance with FRCP 41. In support hereof, plaintiff states as follows:

1. That plaintiff seeks to voluntarily dismiss as to all defendants without prejudice and with leave to reinstate.

2. That plaintiff has conferred with defense counsel and he has no objection to the relief sought herein.

3. That defendants have yet to answer the complaint.

Wherefore, plaintiff, Randall K. Salinas, prays this court grant him leave to voluntarily dismiss without prejudice as to all defendants, City of Alton, City of Alton Police Department, Peter Vambaketes, Samuel Riney, Stephen January and Zachary Dellamano in accordance with FRCP 41; each party to pay its own costs.

                                Randall K. Salinas, Plaintiff

By:    s/Lanny Darr
         Lanny Darr    (#06205283)
         darr firm
         307 Henry Street, Suite 406
         P.O. Box 940
         Alton, IL 62002
         Phone: (618) 208-6828
         Fax: (618) 433-8519

## CERTIFICATE OF SERVICE

 I hereby certify that on December 9, 2015, I served a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filings upon:

Charles A. Pierce
Pierce Law Firm
#3 Executive Wood Court, Suite 200
Belleville, Illinois 62226

               s/Lanny Darr